IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
Civ. No. 4:16-CV-00072-FL

| ELIZABETH A. MAYTON, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | ORDER FOR PAYMENT |
| v. | ) ) | OF ATTORNEY FEES UNDER THE EQUAL ACCESS |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ) ) ) | TO JUSTICE ACT |
| Defendant. | ) | |

Upon application of Plaintiff, and with no objection by Defendant, it is ORDERED that Defendant pay to Plaintiff the sum of $3,900.00 in attorney fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

SO ORDERED this __12th__ day of December, 2017.

_____
LOUISE W. FLANAGAN
United States District Judge

1