UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

ELIZABETH A. MAYTON,               )
                Plaintiff,               )
                              )
v.                                 )      **JUDGMENT**
                              )
                              )      No. 4:16-CV-72-FL
                              )
NANCY A. BERRYHILL,                )
Commissioner of Social Security,   )
                Defendant.               )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiff's application for attorney fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 12, 2017, that plaintiff is entitled to attorney's fees under the Equal Access to Justice Act and is specifically awarded $3,900.00.

**<u>This Judgment Filed and Entered on December 12, 2017, and Copies To:</u>**

Angela R. Cinski (via CM/ECF Notice of Electronic Filing)
Leah F. Golshani (via CM/ECF Notice of Electronic Filing)


December 12, 2017               PETER A. MOORE, JR., CLERK
                              /s/ Sandra K. Collins
                             (By) Sandra K. Collins, Deputy Clerk